DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIRO FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00174 AWI-2 |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | STATUS CONFERENCE HEARING; |
| ) | ORDER THEREON |
| JAIRO FERNANDEZ, ) | |
| ) | Date:  October 24, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Dept :  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for October 17, 2011, **may be continued to October 24, 2011, at 9:00 a.m.**

The parties request this one-week continuance to provide time to work out the remaining details of an anticipated plea agreement.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 12, 2011 | By: /s/ Henry Z. Carbajal<br>HENRY Z. CARBAJAL, III<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 12, 2011 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jairo Fernandez |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   October 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Fernandez / Stipulation to Continue Status
Conference Hearing; Order Thereon              2