BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00174-AWI |
| | ) | |
| Plaintiff, | ) | ORDER FOR FORFEITURE |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| JAIRO FERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the United States' Application for Forfeiture Money
Judgment and the plea agreement entered into between plaintiff
United States of America and defendant Jairo Fernandez,

IT IS HEREBY ORDERED that

1.   The defendant Jairo Fernandez shall forfeit to the United
States the sum of $241,593.27 and that the Court imposes a personal
forfeiture money judgment against defendant in that amount.

2.   Any funds applied towards such judgment shall be forfeited
to the United States of America and disposed of as provided for by
law.  Prior to the imposition of sentence, any funds delivered to
the United States to satisfy the personal money judgment shall be
seized and held by the U.S. Secret Service, in its secure custody

and control.

3.   This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $241,593.27 to satisfy the money judgment in whole or in part.


IT IS SO ORDERED.

Dated: _____November 9, 2011_____     _____
                                       CHIEF UNITED STATES DISTRICT JUDGE